IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01770-LTB-MEH

NORMAN CATMAN,

    Plaintiff,

v.

WARDEN BRILL, The Officers, Directors, and the Stock Holders of Correction Corporation of America (C.C.A.), et al.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 2, 2008.**

    Pursuant to Fed. R. Civ. P. 38 and 81(c)(3), Plaintiff's Motion for Demand of Trial by Jury [filed August 29, 2008; docket #9] is **granted**.