**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-01770-LTB-MEH

NORMAN CATMAN,

    Plaintiff,

v.

WARDEN BRILL,
The Officers, Directors, and the Stock Holders of Correction Corporation of America (C.C.A.), et al,

    Defendants.

---

**ORDER**

---

This case is before me on the recommendation of the Magistrate Judge issued and served on September 29, 2008 (Doc 24). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and Plaintiff's Motion to Remand (Doc 10) is DENIED.

                                                  BY THE COURT:

                                                    s/Lewis T. Babcock
                                                  Lewis T. Babcock, Judge

DATED:   October 21, 2008