IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01770-LTB-MEH

NORMAN CATMAN,

    Plaintiff,

v.

WARDEN BRILL,
CORRECTION CORPORATION OF AMERICA, INC. (C.C.A.), and
JOHNS AND JANES DOE #1-#15,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 3, 2008.**

    Defendant's Motion for Protective Order [filed December 1, 2008; docket #37] is **stricken** for failure to comply with D. C. Colo. LCivR 7.1A.