**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-01770-LTB-MEH

NORMAN CATMAN,

    Plaintiff,

v.

WARDEN BRILL,
The Officers, Directors, and the Stock Holders of Correction Corporation of America (C.C.A.), et al,

    Defendants.

---

**ORDER**

---

On November 17, 2008, the Magistrate Judge entered his recommendation that Defendant Brill's Motion to Dismiss (Doc 3) be granted. Plaintiff has now filed timely written objections to the Magistrate Judge's recommendation. I have therefore reviewed the recommendation *de novo* in light of the file and record in this case. On *de novo* review I conclude that the recommendation is correct. Accordingly

IT IS ORDERED that Defendant Brill's Motion to Dismiss (Doc 3) is GRANTED.

                BY THE COURT:

                  s/Lewis T. Babcock
                Lewis T. Babcock, Judge

DATED: December 12, 2008