IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01770-LTB-MEH

NORMAN CATMAN,

    Plaintiff,

v.

WARDEN BRILL,
CORRECTION CORPORATION OF AMERICA, INC. (C.C.A.), and
JOHNS AND JANES DOE #1-#15,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 17, 2008.**

    In light of the District Court's order dismissing this action against Warden Brill [docket #45], Plaintiff's Motion to Compel [filed November 6, 2008; docket #32] and Defendant Brill's Motion for Protective Order [filed December 3, 2008; docket #40] are **denied as moot**.