IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01770-LTB-MEH

NORMAN CATMAN,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA (C.C.A.), and
JOHN AND JANE DOES #1 - #15,

    Defendants.

# MINUTE ORDER

**Entered by United States Magistrate Judge Michael E. Hegarty on January 6, 2009**.

    Defendant Corrections Corporation of America's Motion for Relief from Scheduling Order [filed January 5, 2009; docket #53] is **granted in part and denied in part**. For good cause shown, the Scheduling Order shall be amended as follows:

- Discovery Cut-off:     April 17, 2009
- Dispositive Motion Deadline:     May 15, 2009
- Expert Witness Disclosure:     March 6, 2009
- Rebuttal Expert Witness Disclosure:     April 3, 2009

    A Final Pretrial Conference will be held on July 10, 2009 at 9:45 o'clock a.m. If he is still incarcerated at that time, Plaintiff and his case manager, or a representative of the facility, shall contact the Court at (303) 844-4507 on the above date and time in order to participate. Otherwise, the parties must appear in person.

    A Final Pretrial Order shall be prepared by the parties and submitted to the Court no later than five business days before the Final Pretrial Conference. Attorneys and/or pro se parties not participating in Electronic Case Filing ("ECF") shall submit their proposed Final Pretrial Order on paper to the Clerk's office. However, if any party is participating in ECF, it is the responsibility of that party to submit the proposed Final Pretrial Order pursuant to the District of Colorado ECF procedures. In accordance with the electronic filing procedures of this Court, the document to be e-mailed to the Magistrate Judge shall be sent to Hegarty_Chambers@cod.uscourts.gov and shall be sent in a useable format (preferably WordPerfect).

    Counsel and *pro se* parties are directed to familiarize themselves with, and comply with, Judge Babcock's procedures, which are contained on the Court's web site and may be obtained from

the Clerk's Office.

**In addition to notice of filing of this Minute Order being provided to the parties, it is ORDERED that the office of the Clerk shall mail a copy of this Minute Order to the following**:

CASE MANAGER FOR
Norman Catman, #87573
Fort Lyon Correctional Facility
P.O. Box 1000
Fort Lyon, CO 81038