IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01770-LTB-MEH

NORMAN CATMAN,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA (C.C.A.), and
JOHN AND JANE DOES #1 - #15,

    Defendants.

# MINUTE ORDER

**Entered by United States Magistrate Judge Michael E. Hegarty on January 12, 2009.**

    Plaintiff's Request [Motion] for Clarification [filed January 7, 2009; docket #59] is **granted**. At the time Plaintiff filed his motion to compel (November 6, 2008), the only defendant in the action was Warden Brill. Following Defendant Brill's dismissal from this matter, all motions pertaining to Defendant Brill were denied as moot.