IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01770-LTB-MEH

NORMAN CATMAN,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA (C.C.A.), and
JOHN AND JANE DOES #1 - #15,

    Defendants.

---

## ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is Defendant Correction Corporation of America's Motion to Allow Deposition of Plaintiff Pursuant to Fed. R. Civ. P. 30(a)(2) [docket #75]. Pursuant to Fed. R. Civ. P. 30(a)(2), leave of Court must be obtained if the person to be examined during the deposition is confined in prison. In this case, Plaintiff is incarcerated in Fort Lyon Correctional Facility in Fort Lyon, Colorado.

    Based upon a review of the record herein, the Court finds that the discovery sought by the Defendant through Plaintiff's deposition is necessary and appropriate to the case. Therefore, cause has been shown for the granting of the motion and any limitations under Fed. R. Civ. P 26(b)(2) would not apply. Further, the ends of justice would be served by the scheduling of such a deposition at the earliest possible date.

    Accordingly, Defendant Correction Corporation of America's Motion to Allow Deposition of Plaintiff Pursuant to Fed. R. Civ. P. 30(a)(2) [filed March 30, 2009; docket #75] is **granted**. The deposition is subject to the limitations of Rule 30(d) and further subject to all rules and regulations which Plaintiff's place of incarceration may impose in connection with its accommodation of the

deposition.

Dated at Denver, Colorado this 2nd day of April, 2009.

BY THE COURT:


 s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge