# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-01770-LTB-MEH

NORMAN CATMAN,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA (C.C.A.), and
JOHN AND JANE DOES #1 - #15,

    Defendants.

___

## ORDER
___

This case is before me on the recommendation of the Magistrate Judge issued and served on March 11, 2009 (Doc 73). Neither the Plaintiff nor the Defendants have filed specific written objections to the Magistrate Judge's recommendation and are therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and Defendant Corrections Corporation of America's Motion to Dismiss (Doc 49) is GRANTED IN PART AND DENIED IN PART as follows: The motion is granted with respect to Plaintiff's Fourteenth Amendment equal protection claim and dismissing such claim with prejudice against Defendant. The Motion is denied with respect to the Eighth Amendment claim.

                                          BY THE COURT:

                                            s/Lewis T. Babcock
                                            Lewis T. Babcock, Judge

DATED: April 6, 2009