IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01770-LTB-MEH

NORMAN CATMAN,

    Plaintiff,

v.

WARDEN BRILL,
CORRECTIONS CORPORATION OF AMERICA, INC. (C.C.A.), and,
JOHN AND JANE DOES #1 - #15.

    Defendants.
_____

### ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE
_____

    THE COURT, having reviewed the Stipulation of Dismissal with Prejudice, by and between the Plaintiff Norman Catman and Defendant CCA,

    HEREBY ORDERS that Plaintiff's claims against Defendants and this cause of action are hereby dismissed with prejudice, each party to pay their own attorneys' fees, costs and expenses.

    DATED this   12   day of   May   2009.

                                 BY THE COURT:

                                   s/Lewis T. Babcock
                                 DISTRICT COURT JUDGE